**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

**DEBORAH LAUFER, Individually,**

    Case No.: 3:20-cv-00757

  **Plaintiff ,**

**v.**

**MANSI AND SANKET, INC d/b/a
BUDGET INN MOTEL DU QUOIN, a
Domestic Corporation,**

  **Defendant.**

_____

**NOTICE OF SETTLEMENT OF CLAIM**

  Plaintiff, Deborah Laufer, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

  1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

  2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

  3. Accordingly, the parties ask for a 30-day extension of all deadlines.

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 15, 2020.

        Respectfully submitted,

         Attorney for Plaintiff:

         By: /s/ Kimberly A. Corkill, Esq.

         Kimberly A. Corkill, Of Counsel

Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942